IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL PRICE,

       Petitioner,                        No. CIV S-11-1315 KJM EFB P

       vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION, et al.,

       Respondents.                  ORDER

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has filed a request seeking a court order entitling him to photocopies of his legal documents. Dckt. No. 22. He states that he is being denied access to the courts, as he has been unable to make copies of documentary evidence in support of his habeas petition. He attaches copies of his prison's rules regarding photocopies for inmates.

       Petitioner is entitled to make copies of filings and exhibits in this case. Petitioner may show this court order to anyone who hinders his access to the courts. If he is still prevented from making the necessary photocopies, he may inform the court of the names of the people who are preventing him from photocopying documents as well as the attendant circumstances.

////

1

1   Respondents have requested an extension of time to file a responsive pleading. *See* Fed.
2   R. Civ. P. 6(b).
3   Good cause appearing, it is ORDERED that:
4   1.  Petitioner's motion for a court order for photocopies is granted; and
5   2.  Respondents' December 21, 2011 request is granted and respondents have until
6   January 25, 2012 to file their responsive pleading.
7   Dated: January 12, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE