IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL PRICE,

    Petitioner,                  No. CIV S-11-1315 KJM EFB P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION, et al.,

    Respondents.               ORDER

                                /

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 17, 2012, petitioner filed a motion to for a stay and abeyance while he exhausts his claims in state court. Dckt. No. 34.

        Accordingly, it is hereby ORDERED that the current deadline for petitioner to file his traverse brief is vacated. The court will set a new schedule after it rules on petitioner's motion for a stay and abeyance.

DATED: February 22, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE